HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID MALDONADO-ESTRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00014-AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER  TO ADVANCE HEARING |
| vs. | DATE:  March 16, 2015 |
| DAVID MALDONADO-ESTRADA, | TIME:   10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above-captioned matter now scheduled for March 23, 2015, at 10:00 a.m., before Honorable Anthony W. Ishii, may be vacated and the matter advanced to March 16, 2015 at 10:00 a.m. for plea and sentencing.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: March 5, 2015            */s/ Mia A. Giacomazzi*
                              MIA A. GIACOMAZZI
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Dated: March 5, 2015            */s/ Megan T. Hopkins*
                              MEGAN T. HOPKINS
                              Assistant Federal Defender
                              Attorneys for Defendant
                              DAVID MALDONADO-ESTRADA


**O R D E R**

IT IS SO ORDERED.

Dated:  March 6, 2015                          _____
                                                SENIOR  DISTRICT  JUDGE